JOSHUA S. GOODMAN, ESQUIRE - State Bar #116576
PAVAN L. ROSATI, ESQUIRE - State Bar #146171
JENKINS GOODMAN NEUMAN & HAMILTON LLP
417 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411

Attorneys for Defendant/Counter-Claimant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ARBSLAND,<br><br>　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>SOUTHWEST SIGNS, THE HOME DEPOT, INC.; and DOES 1-100,<br><br>　　　　　　　　　　　Defendants. | Case No. C06-04191 PVT<br>ORDER GRANTING<br>**REQUEST OF ALL PARTIES FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date: October 10, 2006<br>Time: 2:00 p.m.<br>Courtroom 5, 4th Fl.<br>Magistrate Judge Trumbull |
| AND RELATED CROSS-ACTIONS. | |

　　　　Plaintiff Michael Arbsland, defendant Southwest Signs, LLC and defendant Home Depot U.S.A., Inc. jointly request a continuance of the Case Management Conference currently scheduled for October 10, 2006 at 2:00 p.m. Counsel for the parties "met and conferred" on September 21, 2006, and agreed to request a continuance of the Case Management Conference for several reasons.

　　　　The case is in its early stages. Defendant Southwest Signs, LLC. and defendant Home Depot U.S.A., Inc. have filed answers to the Complaint. Defendant Southwest Signs, LLC has

-1-

REQUEST OF ALL PARTIES FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  filed a cross-claim against Home Depot U.S.A., Inc., Signs Hawaii, Sign Art and L.
2  Moriguchi.  Home Depot U.S.A., Inc. has answered the cross-claim of Southwest Signs, LLC
3  and counterclaimed against Southwest Signs, LLC.
4        Counsel for defendant Southwest Signs LLC and counsel for defendant Home Depot
5  U.S.A., Inc. are each investigating the extent of any contracts or subcontracts to determine the
6  extent of parties whose presence is necessary in this action, and to determine also the extent of
7  any obligations of any party to defend and indemnify other parties.
8        Counsel for defendant Southwest Signs, LLC has requested from plaintiff's counsel
9  accident investigation materials, as well as medical records and reports and documents that
10  refer to Southwest Signs' involvement in the incident.  Plaintiff's counsel has indicated he is
11  awaiting additional materials from the referring attorney.
12        Based on the above, counsel for plaintiff, Southwest Signs, LLC, and Home Depot
13  U.S.A., Inc. jointly request a continuance of the Case Management Conference for thirty (30)
14  days to allow time for identification of additional necessary parties.  (Counsel for plaintiff and
15  Southwest Signs, LLC agreed at the time of the September 21, 2006 "meet and confer"
16  discussions that counsel for defendant Home Depot U.S.A., Inc. would submit the request to
17  the court on behalf of all parties.)

18        Respectfully submitted:

19  DATED:  September 26, 2006      JENKINS GOODMAN NEUMAN
    & HAMILTON LLP

20

21      By: _Pavan L. Rosati_
22      PAVAN L. ROSATI
    Attorneys for Defendant HOME DEPOT
23      U.S.A., INC.

Jenkins Goodman
Neuman & Hamilton
LLP
417 Montgomery St.
10th Floor
San Francisco, CA
94104
(415) 705-0400

-2-
REQUEST OF ALL PARTIES FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE

IT IS SO ORDERED.

The Case Management Conference originally scheduled for October 10, 2006 at 2:00 p.m., shall be continued to <u>November 14, 2006</u>.

Dated: <u>October 3, 2006</u>

*Patricia V. Trumbull*
PATRICIA B. TRUMBULL
United States Magistrate Judge

-3-

REQUEST OF ALL PARTIES FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE