**E-filed 2/12/07**

1  ERWIN E. ADLER (Bar No. 40638)
   eadler@adlerlawgroup.com
2  ELIZABETH A. SULLIVAN (Bar No. 212482)
   esulllivan@adlerlawgroup.com
3  ADLER LAW GROUP
   350 So. Figueroa St., Suite 557
4  Los Angeles, California 90071
   Telephone: (213) 893-3900
5  Facsimile:  (213) 893-3910

6  Attorneys for Cross-Defendant

7  SIGNS HAWAII

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL ARBSLAND,                  | Case No. C06-04191 PVT

12 |              Plaintiff,            | **STIPULATION TO (1) CONTINUE DATE ON WHICH SIGNS HAWAII MAY RESPOND TO SOUTHWEST SIGN'S CROSS-COMPLAINT AND (2) DATE OF CASE MANAGEMENT CONFERENCE DUE TO UNAVAILABILITY OF MAGISTRATE JUDGE TO HEAR MOTION TO COMPEL; DECLARATION OF ELIZABETH A. SULLIVAN; [PROPOSED] ORDER THEREON**

13 | v.

14 | SOUTHWEST SIGNS, THE HOME
   | DEPOT, INC.; AND DOES 1-100,

15 |

16 |              Defendants.

17 |

   | SOUTHWEST SIGNS, LLC,

18 |

19 |              Cross-Complainant,          | <u>Prior Date on Which Signs Hawaii Must Respond To Southwest Sign's Cross-Complaint:</u>

20 | v.                                       | April 26, 2007

21 | THE HOME DEPOT, SIGNS HAWAII,            | <u>Proposed Date on Which Signs Hawaii Must Respond to Southwest Sign's Cross-Complaint (one week later):</u>
   | SIGN ART, L. MORIGUCHI, INC.,
22 | AND DOES 1 through 50, inclusive,        | May 3, 2007

23 |              Cross-Defendants.

24 |                                          | <u>Scheduled Date of Hearing:</u>
                                              | Date:  April 27, 2007
25 |                                          | Time:  10:30 a.m.
                                              | Dept.:  Courtroom No, 3, 5th Floor
26 |

27 |

28 |

007-02-07 Stipulation to Continue CMC.wpd

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

1
2
3
4
5

<u>Proposed Date of Hearing (one week later):</u>
Date:    May 4, 2007
Time:    10:30 a.m.
Dept.:   Courtroom No, 3, 5th Floor

6    IT IS HEREBY STIPULATED by and between defendant and cross-complainant

7  Southwest Signs, LLC and cross-defendant Signs Hawaii that the date on which Signs

8  Hawaii shall file a responsive pleading to Southwest Signs' cross-complaint shall be

9  continued one week – from April 26, 2007 to May 3, 2007.

10    IT IS FURTHER STIPULATED by and between plaintiff Michael Arbsland,

11  defendant and cross-complainant Southwest Signs, LLC, defendant and cross-defendant

12  The Home Depot, cross-defendant L. Moriguchi, Inc. dba Sign Art and cross-defendant

13  Signs Hawaii that the case management conference currently scheduled for Friday, April

14  27, 2007 at 10:30 a.m. in Courtroom No. 3, 5th floor, in the above-entitled court shall be

15  continued by one week – to Friday, May 4, 2007 at 10:30 a.m. in Courtroom No. 3, 5th

16  floor, in the above-entitled court, located at 280 South First Street; San Jose, CA

17  95113-3099.

18    Good cause exists for this continuance as follows:

19    1.    Signs Hawaii had previously scheduled a hearing on a motion to compel

20  responses to its subpoena for March 27, 2007. Counsel for Signs Hawaii just learned

21  Magistrate Trumbull will be unavailable on that date. The hearing on the motion to

22  compel, therefore, will be scheduled one week later, i.e., on April 3, 2007.

23    2.    All dates flowing from this hearing date – the date on which Signs Hawaii

24  will respond to the cross-complaint of Southwest Signs and the date on which the case

25  management conference will be held – are affected by this hearing date. It has therefore

26  become necessary to extend these dates by one week.

27    3.    The concurrently filed declaration of Elizabeth A. Sullivan sets forth the

28  reasons why counsel for plaintiff has failed to execute the stipulation – Signs Hawaii's

2

1  counsel has attempted no less than 10 times to contact plaintiff's counsel, Michael Shea
2  Jr. Despite leaving messages with Mr. Shea's secretary as well as voicemails, Mr. Shea
3  has failed to return a single telephone call. Most recently, on February 7, 2007, Ms.
4  Sullivan attempted to contact Mr. Shea and was informed by his secretary Mr. Shea was
5  again "unavailable." Accordingly, it has been impossible to contact counsel – much less
6  obtain his signature to this stipulation.

7      IT IS HEREBY STIPULATED THAT the response of Signs Hawaii to Southwest
8  Signs' cross-complaint, previously due April 26, 2007, will now be due one week later,
9  i.e., on May 3, 2007.

10     IT IS FURTHER STIPULATED that the case management conference, previously
11  scheduled for April 27, 2007 at 10:30 a.m. in Courtroom No. 3, 5th Floor, of the above-
12  entitled court, will now take place one week later, i.e., on May 4, 2007 at 10:30 a.m. in
13  Courtroom 3, 5th Floor, of the above-entitled court.

14
15
16      IT IS SO STIPULATED.
17
18  DATED: February ___, 2007      SHEA & SHEA
19                                 MICHAEL M. SHEA, JR.
20
21                                 By: _____
22                                      Michael M. Shea, Jr.
23                                      Attorneys for Plaintiff Michael Arbsland
24
25
26
27
28

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
007-02-07 Stipulation to Continue CMC.wpd

DATED: February 8, 2007

CESARI, WERNER AND MORIARTY
DENNIS F. MORIARTY
ANDREW S. WERNER
JOSE A. MONTALVO

By: _____
        Andrew S. Werner

Attorneys for Defendant and Cross-Complainant
Southwest Signs, LLC

DATED: February ___, 2007

LA PLANTE, SPINELLI & DONALD
DOMINIC D. SPINELLI

By: _____
        Dominic D. Spinelli

Attorneys for Cross-Defendant L. Moriguchi,
Inc., dba Sign Art

DATED: February ___, 2007

JENKINS GOODMAN NAUMAN &
HAMILTON LLP
JOSHUA S. GOODMAN

By: _____
Joshua S. Goodman

Attorneys for The Home Depot

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

1  DATED: February ___, 2007        CESARI, WERNER AND MORIARTY
                                    DENNIS F. MORIARTY
2                                   ANDREW S. WERNER
                                    JOSE A. MONTALVO
3

4

5                                   By: _____
                                              Andrew S. Werner
6

7                                   Attorneys for Defendant and Cross-Complainant
                                    Southwest Signs, LLC
8

9

10 DATED: February _8_, 2007        LA PLANTE, SPINELLI & DONALD
                                    DOMINIC D. SPINELLI
11

12

13                                  By: _Domon__ D. Spinelli_____
                                              Dominic D. Spinelli
14

15                                  Attorneys for Cross-Defendant L. Moriguchi,
                                    Inc., dba Sign Art
16

17 DATED: February ___, 2007        JENKINS GOODMAN NAUMAN &
                                    HAMILTON LLP
18                                  JOSHUA S. GOODMAN

19

20

21                                  By: _____
                                    Joshua S. Goodman
22

23                                  Attorneys for The Home Depot

24

25

26

27

28

                                    4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

007-02-07 Stipulation to Continue CMC.wpd

1  DATED: February ___, 2007    CESARI, WERNER AND MORIARTY
                                 DENNIS F. MORIARTY
2                                ANDREW S. WERNER
                                 JOSE A. MONTALVO
3

4

5                                By: _____
                                          Andrew S. Werner
6

7                                Attorneys for Defendant and Cross-Complainant
                                 Southwest Signs, LLC
8

9
   DATED: February ___, 2007    LA PLANTE, SPINELLI & DONALD
10                               DOMINIC D. SPINELLI

11

12

13                               By: _____
                                          Dominic D. Spinelli
14
                                 Attorneys for Cross-Defendant L. Moriguchi,
15                               Inc., dba Sign Art

16

17
   DATED: February 8, 2007      JENKINS GOODMAN NAUMAN &
18                               HAMILTON LLP
                                 JOSHUA S. GOODMAN
19

20

21                               By:  PAVAN L. ROSATI
                                     _____
22                                        Pavan L. Rosati
23                               Attorneys for The Home Depot

24

25

26

27

28

                                        4
   STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
   007-02-07 Stipulation to Continue CMC.wpd

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

DATED:  February 7, 2007          ADLER LAW GROUP
                                  ERWIN E. ADLER
                                  ELIZABETH A. SULLIVAN


                                  By: _Elizabeth C. Sullivan_
                                       Elizabeth A. Sullivan

                                  Attorneys for Signs Hawaii


IT IS SO ORDERED.



DATED:____2/12/07_____

Hon. D. Jeremy Fogel
Judge of the United States District Court
for the Northern District of California

ADLER LAW GROUP
350 So. Figueroa St., Suite 557
Los Angeles, California 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

007-02-07 Stipulation to Continue CMC.wpd