**E-filed 2/1/08**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

| | |
|---|---|
| MICHAEL ARBSLAND,<br><br>  Plaintiff,<br><br>vs.<br><br>SOUTHWEST SIGNS, THE HOME DEPOT, INC.; and DOES 1-100,<br><br>Defendants. | Case No. CV 06-04191 JF<br><br>**STIPULATION OF DISMISSAL** |
| AND RELATED CROSS-ACTIONS. | |

**IT IS HEREBY STIPULATED,** BY AND BETWEEN THE PARTIES TO THE ABOVE ENTITLED ACTION through their counsel of record, that the above referenced matter shall be dismissed with prejudice with each party to bear their own costs and fees.

Accordingly, the parties respectfully request that the court dismiss the above entitled matter.

**IT IS SO STIPULATED.**

Dated: January 25, 2008

**SHEA & SHEA**

By: /s/
_____
MICHAEL M. SHEA, JR.
Attorneys for Plaintiff MICHAEL ARBSLAND

-1-

Dated: January 29, 2008

**CESARI WERNER AND MORIARTY**

By: /s/
_____
ANDREW S. WERNER
Attorneys for Defendant/Cross-Complainant
SOUTHWEST SIGNS, LLC

Dated: January 28, 2008

**JENKINS GOODMAN NEUMAN & HAMILTON LLP**

By: /s/
_____
PAVAN L. ROSATI
Attorneys for Defendant/Counter-Claimant
HOME DEPOT U.S.A., INC.

Dated: January 25, 2008

**ADLER LAW GROUP**

By: /s/
_____
ERWIN ADLER
Attorneys for Cross-Defendant SIGNS HAWAII

Dated: January 29, 2008

**GLYNN & FINLEY, LLP**

By: /s/
_____
JAMES HANLON
Attorneys for Defendant
GELcore, LLC

//
//

-2-

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Stipulation having been made, |
| 3 | IT IS HEREBY ORDERED that the above-entitled matter is dismissed and that the Case |
| 4 | Management Conference scheduled on February 1, 2008 is vacated. |
| 5 | |
| 6 | Dated: 2/1/08 |
| 7 | |
| 8 | *[signature]* |
| 9 | HON. JEREMY FOGEL |

-3-
ARBSLAND V. THE HOME DEPOT, INC., ET AL.  Case No. CV 06-04191 JF
STIPULATION OF DISMISSAL